

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00465-CR

**EX PARTE** Amber **TRAN**

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2025-CC-008097
Honorable Erica Dominguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED September 10, 2025.

_____
Irene Rios, Justice